COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER**

Case number:  01-13-00783-CV

Style:  *In re Susan Bailey-Newell, Margaret Van Bree, Lisa May Evans, and St. Luke's Health System, Relators*

Original Proceeding on Petition for Writ of Mandamus from Cause No. 1035474 in the County Court at Law No. 3 of Harris County, Texas, the Hon. Lamar McCorkle presiding.

On September 11, 2013, relators, Susan Bailey-Newell, Margaret Van Bree, Lisa May Evans, and St. Luke's Health System, filed a petition for writ of mandamus and an "Emergency Motion for Temporary Relief." Relators' emergency motion is **granted**. The August 30, 2013 order, which compels depositions and production of documents by relators, is stayed. The stay is effective until this mandamus proceeding is finally decided. Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

It is further **ordered** that real party in interest file a response to the petition for writ of mandamus by September 30, 2013. *See* TEX. R. APP. P. 52.8(b)(1).

Judge's signature: /s/ Rebeca Huddle
                             Acting individually

Date:  September 12, 2013